UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| MARK W. DUBUQUE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:16 CV 1244 RWS |
| | ) | |
| UNITED STATES DEPARTMENT | ) | |
| OF THE AIR FORCE and | ) | |
| | ) | |
| AIR FORCE OFFICE OF SPECIAL | ) | |
| INVESTIGATIONS, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## JUDGMENT

**IT IS HEREBY ORDERED that** Plaintiff Mark W. Dubuque's Motion to Strike [35] is **GRANTED**.

**IT IS FURTHER ORDERED that** Defendants United States Department of the Air Force and Air Force Office of Special Investigations' Motion for Summary Judgment [15] is **GRANTED**.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 6th day of November, 2017.